JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Soohyun Cho,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>First Reliance Standard Life Insurance Company and Does 1-10, inclusive,<br><br>　　　　　Defendant. | CASE NO. CV-18-4132-MWF (SKx)<br><br>**JUDGMENT FOLLOWING COURT TRIAL** |

This matter came before the Court for a bench trial on February 21, 2020. All claims have now been resolved against all parties, as follows:

On May 17, 2018, Plaintiff Soohyun Cho commenced this action. (Docket No. 1).

On July 18, 2018, Plaintiff filed a First Amended Complaint against Defendants First Reliance Standard Life Insurance Company ("First Reliance") and Does 1-10. (Docket No. 8).

On September 18, 2018, Third-Party Plaintiff First Reliance filed a Third Party Complaint against Third-Party Defendant Giorgio Armani Corporation. (Docket No. 19).

On April 8, 2019, Third-Party Defendant Giorgio Armani Corporation was dismissed by the Court's Order granting Third Party Defendant's Motion to Dismiss

Third-Party Complaint Pursuant to Fed. R. Civ. Pro. § 12(b)(6).  (Docket Nos. 37, 44).

After a Court trial based on the administrative record held on February 21, 2020, the Court ruled in favor of Plaintiff as to the Breach of Plan claim and in favor of Defendant as to the statutory penalty claim.

Now, therefore, pursuant to Rules 54(a) and Rule 58(b)(1)(C) of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered as follows:

1. Judgment on the Breach of Plan claim is entered in favor of Plaintiff in the amount of $450,000, which is the amount of the $500,000 policy benefits that remain unpaid, with interest.
2. Defendant is not subject to statutory penalties under 29 U.S.C. § 1132(c)(1).
3. Plaintiff is awarded her costs as provided by law.

Fictitious-named defendant Does 1-10 are dismissed without prejudice.

Dated:  March 5, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge